J. B. RUFFIN v. J. R. GARRETT and C. C. HOGGARD.

(Filed 26 September, 1917.)

**Public Roads—Township Commissioners—Negligence—Personal Liability— Pleadings—Demurrer.**

Personal liability will not attach to supervisors of the public roads of a township for an injury received from their failure to keep the roads in proper repair, etc., in the absence of allegations and proof that the acts complained of were either corrupt or malicious; and a demurrer to a complaint in such action which fails to make these necessary allegations is good.

CIVIL ACTION tried before *Allen, J.,* at Spring Term, 1917, of HERT-FORD.

Demurrer to the complaint was made *ore tenus* upon the ground that no cause of action is stated, and was sustained and action dismissed. Plaintiff appealed.

*W. R. Johnson and R. C. Bridger for plaintiff.*
*Winborne & Winborne for defendants.*

BROWN, J. The complaint alleges that defendants are supervisors of the public roads in Ahoskie Township, Hertford County; that is was their duty to keep in proper repair and in a reasonably safe condition the roads and bridges of said township; that defendants negligently failed to do so; that in consequence of such negligence plaintiff's automobile was badly damaged in crossing an unsafe bridge in bad condition.

The ground of the demurrer is that the complaint fails to allege that the negligence of defendants was either corrupt or malicious. The demurrer was properly sustained.

This subject is fully discussed and the authorities reviewed by *Justice Hoke* in the recent case of *Hipp v. Ferrall,* 91 S. E., 831, and further discussion is unnecessary.

Affirmed.